F. M. CUTLER *et al., Appellees,* v. W. B. WASHINGTON *et al.* (W. B. WASHINGTON, *Appellant*).

No. 17,280.

#### HEADNOTE BY THE REPORTER.

EQUITABLE ACTION—*Findings of Jury Adopted by Court.* Where on the trial of an equitable action a jury is called to advise the court respecting the determining issue in the case and the court adopts the findings of the jury, the defendant is not entitled to another trial before the court.

Appeal from Scott district court. Opinion filed December 9, 1911. Affirmed.

*M. B. Nicholson,* and *W. J. Pirtle,* for the appellant.
*R. D. Armstrong,* for the appellees.

*Per Curiam:* The action was one in equity to cancel the $525 note, the renewal note and the securities given in connection with them. It was so commenced, so tried and so determined. The jury was called merely for the purpose of advising the court, as the practice in such cases allows. The question submitted went to the heart of the controversy. The jury were properly instructed, and the answer returned by the jury and adopted by the court is sustained by the law and by the evidence. The defendant had a trial before the court, as a court, was not entitled to another trial after the special verdict came in, and the case of *Vickers v. Buck,* 65 Kan. 97, 68 Pac. 1081, has no application whatever.

The judgment is affirmed.